**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

AUG 0 6 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| ROBERT OSBORNE and MARINA BAY TRANSPORTATION, L.L.C., an Illinois limited liability company, | NO. 08 C 50165 |
| Plaintiff, | Judge Frederick J. Kapala |
| vs. | Magistrate Judge P. Michael Mahoney |
| C.H. ROBINSON COMPANY, a Minnesota corporation, | |
| Defendant. | |

### DISCLOSURE STATEMENT

The undersigned, counsel of record for defendant, C.H. ROBINSON COMPANY, a Minnesota corporation, furnishes the following disclosure in compliance with General L.R. 3.2:

a.　C.H. Robinson Company is a Minnesota corporation whose parent company is C.H. Robinson Worldwide, Inc.

Dated this 6th day of August, 2008.

C.H. ROBINSON COMPANY,
a Minnesota corporation, Defendant
By WILLIAMSMCCARTHY LLP

By: _____/s/ John J. Holevas_____

## CERTIFICATE OF LAWYER

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, the undersigned certifies that on August 6, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Mail the document to:

Attorney Thomas G. Ruud
Thomas G. Ruud & Associates
216 North Court Street
Rockford, IL 61103

                                        /s/ John J. Holevas

John J. Holevas, Esq.
Marc C. Gravino, Esq.
WILLIAMSMCCARTHY LLP
120 West State Street, Suite 400
P.O. Box 219
Rockford, IL 61105-0219
815-987-8900