IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT OSBORNE and MARINA BAY TRANSPORTATION, L.L.C., an Illinois limited liability company,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>C.H. ROBINSON COMPANY, a Minnesota corporation,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO.　08 C 50 1 65<br><br>In the Circuit Court of the 17th Judicial Circuit, Winnebago County, Illinois, Cause No. 2008-L-242<br><br>*kapala*<br><br>F I L E D<br>AUG 0 6 2008<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

**NOTICE OF FILING OF NOTICE OF REMOVAL**

TO:　Attorney Thomas G. Ruud　　　　Thomas A. Klein
　　　Thomas G. Ruud & Associates　　Winnebago County Circuit Clerk
　　　216 North Court Street　　　　　Winnebago County Courthouse
　　　Rockford, IL 61103　　　　　　　400 West State Street
　　　　　　　　　　　　　　　　　　Rockford, IL 61101

　　　You are hereby notified that C.H. ROBINSON COMPANY, a Minnesota corporation, defendant in the above-entitled cause, filed its verified Notice of Removal of the case of *"Robert Osborne and Marina Bay Transportation, L.L.C. v. C.H. Robinson Company"*, which case was recently pending in the Circuit Court of the 17th Judicial Circuit, Winnebago County, under Cause No. 2008-L-242, with the Clerk of the United State District Court for the Northern District of Illinois, Western Division, a true and correct copy of which Notice of Removal is attached hereto and served upon you and that said Notice of Removal was filed on August 6, 2008.

　　　　　　　　　　　　　　　　　　C.H. ROBINSON COMPANY,
　　　　　　　　　　　　　　　　　　a Minnesota corporation, Defendant
　　　　　　　　　　　　　　　　　　By WILLIAMSMCCARTHY LLP


　　　　　　　　　　　　　　　　　　By:　　/s/ John J. Holevas

Notice.Filing.wpd　　　　　　　　-1-

## CERTIFICATE OF LAWYER

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, the undersigned certifies that on August 6, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Mail the document to:

                Attorney Thomas G. Ruud
                Thomas G. Ruud & Associates
                216 North Court Street
                Rockford, IL 61103

                Thomas A. Klein
                Winnebago County Circuit Clerk
                Winnebago County Courthouse
                400 West State Street
                Rockford, IL 61101

                            /s/ John J. Holevas

John J. Holevas, Esq.
Marc C. Gravino, Esq.
WILLIAMSMCCARTHY LLP
120 West State Street, Suite 400
P.O. Box 219
Rockford, IL 61105-0219
815-987-8900