## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                 Case Number: 08 C 50165

ROBERT OSBORNE and MARINA BAY
TRANSPORTATION, L.L.C., and Illinois limited liability
company
        vs.
C.H. ROBINSON COMPANY, a Minnesota corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ROBERT OSBORNE and MARINA BAY TRANSPORTATION, L.L.C., an Illinois limited liability company

| |
|---|
| NAME (Type or print) <br> Thomas G. Ruud |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ |
| FIRM <br> Thomas G. Ruud & Associates |
| STREET ADDRESS <br> 216 North Court Street |
| CITY/STATE/ZIP <br> Rockford, IL  61103 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6188190 | TELEPHONE NUMBER <br> 815-961-9100 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |