## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Western Division

Robert Osborne and Marina Bay Transportation,
L.L.C.

                                         Plaintiff,

v.                                                      Case No.:
                                                        3:08−cv−50165

                                                        Honorable Frederick
                                                        J. Kapala

C.H. Robinson Company

                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 3, 2008:

        MINUTE entry before the Honorable P. Michael Mahoney:Status hearing held on
9/3/2008. Parties to hold Rule 26 Meeting. Case management order due by 10/7/2008.
Initial Pretrial Conference set for 10/8/2008 at 01:30 PM. (glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.